IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

IN THE MATTER OF: )
)
MATERIAL WITNESS )
FELIPE FRANCO-PEDROZA )
SDTX (CORPUS CHRISTI) 2:16MJ179-1 )

**O R D E R**

Surety Manuel Franco has deposited bail in the amount of $10,000.00 on this Court's registry for Material Witness Felipe Franco-Pedroza. The Clerk is ordered to transfer the bail to the Clerk of Court in the Southern District of Texas, Corpus Christi Division.

SO ORDERED this 3rd day of March, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA